ORIGINAL FOR RETURN

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:      UNITED STATES v. ROBERT SHIRLEY
               CRIMINAL NO. 3:12CR46
               WHEELING, WEST VIRGINIA
               MAY 13, 2013 - 10:00 A.M.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:      Gary M. Gaskins
         United States Marshal
         Clarksburg, WV 26301

         Administrator
         Maryland Correctional Adjustment Center
         401 E. Madison Street
         Baltimore, MD 21202

YOU ARE HEREBY COMMANDED that you have the body of MARK DANIEL HAINES, DOC I.D. 412564 detained in the Maryland Correctional Adjustment Center, under your custody, under safe and secure conduct, before the Honorable John P. Bailey, Chief Judge of this District Court within and for the District aforesaid at Wheeling, West Virginia, on or about May 13, 2013, at 10:00 a.m., to testify in the above matter. After the said MARK DANIEL HAINES, DOC I.D. 412564 shall then and there appear as aforesaid, that you return him to said Maryland Correctional Adjustment Center, under safe and secure conduct and have you then and there this Writ.

Please contact Leanna Murray at the U.S. Attorney's Office, (304) 262-0590, for verification of this writ.

WITNESS The Honorable John P. Bailey,
Chief Judge of the United States District Court
for the Northern District of West Virginia,
this _17th_ day of April, 2013.

**Cheryl Dean Riley**

                    District Clerk
By: _____M. Zombek_____
                    Deputy Clerk

```
FILED
APR 17 2013
U.S. DISTRICT COURT
MARTINSBURG, WV 25401
```

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

IN RE:  UNITED STATES v. ROBERT SHIRLEY
CRIMINAL NO. 3:12CR46
WHEELING, WEST VIRGINIA
MAY 13, 2013 - 10:00 A.M.

## ORDER

This day came the United States of America by William J. Ihlenfeld, II, United States Attorney for the Northern Judicial District of West Virginia, and presented to the Court and asked leave to file its Petition praying for a Writ of Habeas Corpus Ad Testificandum for MARK DANIEL HAINES, DOC I.D. 412564 witness herein, which Petition is hereby

**ORDERED** filed and the Clerk of this Court is hereby directed to issue the said Writ in accordance with the prayer thereof.

DATED: 4-17-2013

_____
UNITED STATES DISTRICT JUDGE

I hereby certify that the annexed instrument is a true and correct copy of the document filed in my office.
ATTEST: Cheryl Dean Riley
Clerk, U.S. District Court
Northern District of West Virginia

By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

IN RE: UNITED STATES v. ROBERT SHIRLEY
CRIMINAL NO. 3:12CR46
WHEELING, WEST VIRGINIA
MAY 13, 2013 - 10:00 A.M.

PETITION OF THE UNITED STATES OF AMERICA FOR
WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE HONORABLE JOHN P. BAILEY,
CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Your petitioner, the United States of America, by William J. Ihlenfeld, II, United States Attorney for the Northern Judicial District of West Virginia, respectfully shows that MARK DANIEL HAINES, DOC I.D. 412564 is presently confined in MARYLAND CORRECTIONAL ADJUSTMENT CENTER and is in the custody of the Administrator of said institution, at said place. It is desired that said witness be produced at the bar of this Court at Wheeling, West Virginia, on or about May 13, 2013, at 10:00 a.m., to testify in the above matter.

THEREFORE, your petitioner prays that said Court will cause to be issued a Writ of Habeas Corpus Ad Testificandum to the United States Marshal, Northern District of West Virginia, to produce the body of said MARK DANIEL HAINES, DOC I.D. 412564 before this Court at Wheeling, West Virginia, on or about May 13, 2013 at 10:00 a.m., to testify as aforesaid and as in duty bound your petitioner will ever pray, etc.

DATE: 4/17/13

UNITED STATES OF AMERICA

/s/ William J. Ihlenfeld, II
William J. Ihlenfeld, II
United States Attorney

I hereby certify that the annexed instrument is a true and correct copy of the document filed in my office.
ATTEST: Cheryl Dean Riley
Clerk, U.S. District Court
Northern District of West Virginia

By: _____
Deputy Clerk

I certify that on this _____ day of _____, 2013,
I executed in part/in full the within WHCAP/WHCAT/ASR/ASRT/ORDER by taking custody of the within named _____, from _____ at _____, and produced same at _____ on _____, 2013, remanded same to the custody of _____.

        Mr. Gary M. Gaskins, U.S. Marshal, Northern District of West Virginia

        BY _____


I certify that on this _____ day of _____, 2013,
I executed in part/in full the within WHCAP/WHCAT/ASR/ASRT/ORDER by taking custody of the within named _____, from _____ at _____, and produced same at _____ on _____, 2013, remanded same to the custody of _____.

        Mr. Gary M. Gaskins, U.S. Marshal, Northern District of West Virginia

        BY _____


I certify that on this _____ day of _____, 2013,
I executed in part/in full the within WHCAP/WHCAT/ASR/ASRT/ORDER by taking custody of the within named _____, from _____ at _____, and produced same at _____ on _____, 2013, remanded same to the custody of _____.

        Mr. Gary M. Gaskins, U.S. Marshal, Northern District of West Virginia

        BY _____

*FILED MAY 0 2 2013 U.S. DISTRICT COURT MARTINSBURG, WV 25401*

I certify that on this __22__ day of __APRIL__, 2013, the within WHCAP/WHCAT/ASRP/ASRT/ORDER is being returned "unexecuted" _____

MR. HAWES IS IN FEDERAL CUSTODY IN BALTIMORE, MD ASR REQUIRED NOT WHCAT.

        Mr. Gary M. Gaskins, U.S. Marshal, Northern District of West Virginia

        BY _/s/ Mark A. Ply_ SDUSM